## (November 13, 1973)

■ JOHAN P. K. ALTES, Respondent, v. CONFORTI & EISELE, INC., DEL.,
Appellant.— Order, Supreme Court, New York County, entered on May 14,
1973, and judgment of said court entered thereon on May 16, 1973, unanimously
affirmed on opinion of Waltemade, J., at Special Term, and that the respondent
shall recover of the appellant $60 costs and disbursements of this appeal. No
opinion. Concur — Markewich, J. P., Nunez, Kupferman, Lane and Capoz-
zoli, JJ.

■ In the Matter of CHRISTOPHER GRAYSON, Petitioner, v. CHARLES
TIERNEY et al., Respondents.— Application for an order, pursuant to article
78 of the CPLR, in the nature of a writ of prohibition, unanimously denied
and the petition dismissed, without costs and without disbursements. No
opinion. Concur — Nunez, J. P., Murphy, Lane, Tilzer and Capozzoli, JJ.